Deverie J. Christensen
Nevada State Bar No. 6596
Daniel I. Aquino
Nevada State Bar No. 12682
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email:  deverie.christensen@jacksonlewis.com
            daniel.aquino@jacksonlewis.com

*Attorneys for Defendant*
*Omni Interactions, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEANDREA CARTER,<br><br>           Plaintiff,<br><br>      vs.<br><br>OMNI INTERACTIONS, INC.,<br><br>           Defendant. | Case No. 2:20-cv-02185-GMN-NJK<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(First Request) |

Defendant Omni Interactions, Inc. ("Defendant") by and through its counsel, Jackson Lewis P.C., and Plaintiff Deandrea Carter ("Plaintiff") by and through her counsel, Morgan & Morgan, P.A., hereby stipulate and agree to extend the time for Defendant to file an answer or otherwise respond to Plaintiff's Complaint. Defendant was served on December 22, 2020, and Defendant's response is due on January 12, 2021. Plaintiff and Defendant have agreed to an extension of time for Defendant to file a response to the Complaint to allow the parties to engage in early settlement negotiations to seek resolution of the claims set forth in the Complaint.

The parties agree that the filing of this Stipulation and any other submissions necessary to comply with Local Rules of Practice prior to Defendant's responsive pleading, if any, shall not be used as evidence that Defendant has availed itself of the Court's jurisdiction, nor shall they be used as evidence that Defendant has waived any arguments or legal defenses, including, but not limited to, the enforceability of the arbitration agreement executed by the parties. If the parties' settlement negotiations do not resolve this matter, and Plaintiff does not otherwise agree to

voluntarily stay the matter pending arbitration or dismiss the matter following unsuccessful negotiations, Defendant intends to file a motion to compel arbitration based on the applicable arbitration agreement, and reserves all rights to do so.

Defendant shall, therefore, have a twenty-one (21) day extension up to and including February 2, 2021, to file a response to Plaintiff's Complaint.

This stipulation and order is sought in good faith and not for the purpose of delay. No prior request for any extension of time has been made.

Dated this 11th day of January, 2021.

|  | JACKSON LEWIS P.C. |
|---|---|
| */s/ Nicolette Best* | */s/ Daniel I. Aquino* |
| Nicolette Best, Esq. | Deverie J. Christensen, Bar No. 6596 |
| Nevada Bar No. 15013 | Daniel I. Aquino, Bar No. 12682 |
|  | 300 S. Fourth Street, Suite 900 |
| Matthew Gunter, Esq. | Las Vegas, Nevada 89101 |
| Florida Bar No. 0077459 |  |
| *Pro Hac Vice Pending* | *Attorneys for Defendant* |
| Morgan & Morgan, P.A. | *Omni Interactions, Inc.* |
| 20 N. Orange Ave., 16th Floor |  |
| P.O. Box 4979 |  |
| Orlando, FL  32802-4979 |  |
| *Attorneys for Plaintiffs* |  |

**ORDER**

**IT IS SO ORDERED:**

Dated: January 12, 2021

_____
UNITED STATES MAGISTRATE JUDGE

4839-6668-1814, v. 1