**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEANDREA CARTER,<br><br>   Plaintiff,<br><br>vs.<br><br>OMNI INTERACTIONS, INC.,<br><br>   Defendant. | Case No. 2:20-cv-02185-GMN-NJK<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**<br>(Second Request) |

Defendant Omni Interactions, Inc. ("Defendant") by and through its counsel, Jackson Lewis P.C., and Plaintiff Deandrea Carter ("Plaintiff") by and through her counsel, Morgan & Morgan, P.A., hereby stipulate and agree to extend the time for Defendant to file an answer or otherwise respond to Plaintiff's Complaint. Defendant was served on December 22, 2020, and Defendant's response was originally due on January 12, 2021. The Court granted the parties' first request to extend this deadline to February 2, 2021. ECF No. 15. Plaintiff and Defendant are engaged in fruitful negotiations, and have agreed to a further extension of time for Defendant to file a response to the Complaint to allow the parties to complete settlement negotiations.

The parties agree that the filing of this Stipulation and any other submissions necessary to comply with Local Rules of Practice prior to Defendant's responsive pleading, if any, shall not be used as evidence that Defendant has availed itself of the Court's jurisdiction, nor shall they be used as evidence that Defendant has waived any arguments or legal defenses, including, but not limited to, the enforceability of the arbitration agreement executed by the parties. If the parties'

settlement negotiations do not resolve this matter, and Plaintiff does not otherwise agree to voluntarily stay the matter pending arbitration or dismiss the matter following unsuccessful negotiations, Defendant intends to file a motion to compel arbitration based on the applicable arbitration agreement, and reserves all rights to do so.

Defendant shall, therefore, have a twenty-one (21) day extension up to and including February 23, 2021, to file a response to Plaintiff's Complaint.

This stipulation and order is sought in good faith and not for the purpose of delay.

Dated this 27th day of January, 2021.

JACKSON LEWIS P.C.

*/s/ Nicolette Best*  
Nicolette Best, Esq.  
Nevada Bar No. 15013

Matthew Gunter, Esq.  
Florida Bar No. 0077459  
*Pro Hac Vice Pending*  
Morgan & Morgan, P.A.  
20 N. Orange Ave., 16th Floor  
P.O. Box 4979  
Orlando, FL  32802-4979

*Attorneys for Plaintiffs*

*/s/ Daniel I. Aquino*  
Deverie J. Christensen, Bar No. 6596  
Daniel I. Aquino, Bar No. 12682  
300 S. Fourth Street, Suite 900  
Las Vegas, Nevada 89101

*Attorneys for Defendant*  
*Omni Interactions, Inc.*

**ORDER**

**IT IS SO ORDERED:**

Dated:  January 27, 2021

_____  
UNITED STATES MAGISTRATE JUDGE

2